ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 27 2006
U.S. COURT OF FEDERAL CLAIMS

LAUREL WOOD HOMES LLC

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NUMBER
06-734 C

JUDGE:

DISCLOSURE STATEMENT

Plaintiff, Laurelwood Homes LLC ("Laurelwood"), pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

William A. Shook
Preston Gates & Ellis & Rouvelas Meeds LLP
1735 New York Avenue, NW, Suite 500
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 331-1024

Date: October 26, 2006