IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAURELWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 60 days, to and including February 26, 2007, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on December 26, 2006. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, William A. Shook, and was informed that plaintiff will object to this motion for enlargement of time.

Upon receipt of the complaint in this case we forwarded it to the Department of the Navy, requesting a litigation report pursuant to 28 U.S.C. § 520. Unfortunately, the Navy was unable to assign counsel to it until December 12, 2006. On that date we received a telephone call from agency counsel in which she stated she required additional time to review the files and prepare the litigation report.

Agency counsel stated that she is in the process of obtaining the files related to this case. Additional time is needed to obtain and review these files, as they are voluminous because they pertain to a 17-year lease. Once agency counsel reviews the files and prepares the litigation report, defendant's counsel requires additional time to review the report, prepare the response to

the complaint, and obtain supervisory review.

The enlargement of time requested is also necessary because defendant’s counsel, among other matters, is required to prepare and file the following: (1) the Government's motion to dismiss in Boyer v. United States, Fed. Cl. No. 06-685C, by December 22, 2006; and (2) the Government's brief in Garcia v. Department of the Army, Fed. Cir. No. 06-3406, by December 27, 2006. Moreover, defendant’s counsel was out of the office December 4-8 for a training seminar.

Accordingly, we respectfully request that the Court grant defendant's motion for an enlargement of time of 60 days, to and including February 26, 2007, within which to file the Government’s response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

December 15, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 15th day of December, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN