IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAURELWOOD HOMES LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-734C<br>(Chief Judge Damich) |

MOTION TO CHANGE NAME OF LAW FIRM OF ATTORNEY OF RECORD

Please take notice that, effective January 1, 2007, the law firms of Preston Gates & Ellis LLP, Preston Gates Ellis & Rouvelas Meeds LLP, and Kirkpatrick & Lockhart Nicholson Graham LLP have combined and amalgamated their practices as Kirkpatrick & Lockhart Preston Gates Ellis LLP. Accordingly, pursuant to paragraph 1.b of the Special Procedures Order filed on November 9, 2006, we respectfully move this Court to substitute the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP for Preston Gates Ellis & Rouvelas Meeds LLP as counsel for Plaintiff Laurelwood Homes LLC. Except as to the foregoing, there is no change in the address or the attorney of record in this matter.

Counsel for Plaintiff understands that Counsel for Defendant United States will receive automatic service of this Motion via the Electronic Court Filing ("ECF") System.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1735 New York Avenue NW
Suite 500
Washington, D.C. 20006
Telephone 202 661 6256
Facsimile 202 331 1024

Date: January 3, 2007