IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAURELWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 30 days, to and including March 28, 2007, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on February 26, 2007. This is our second request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, William A. Shook, and was informed that plaintiff will object to this motion for enlargement of time.

The enlargement of time is requested because defendant requires additional time to attempt to resolve this case prior to filing its response to plaintiff's complaint. Recently plaintiff's counsel has informed defendant's counsel that plaintiff would not agree to the position established in our prior settlement discussions. Based upon that, defendant's counsel has reassessed the Government's position, and will seek authority to respond to the complaint in light of the change in the settlement posture.

Accordingly, we respectfully request that the Court grant defendant's motion for an enlargement of time of 30 days, to and including March 28, 2007, within which to file the Government's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

February 21, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 21st day of February, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN