IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUREL WOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 14 days, to and including March 26, 2007, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on March 12, 2007. This is our third request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, William A. Shook, and was informed that plaintiff will object to this motion for enlargement of time.

On March 6, 2007, defendant paid plaintiff the full amount requested in the complaint, $13,659.50, plus interest in the amount of $413.11, for vandalism damage. Additionally, defendant intends to revoke the portion of the contracting officer's October 3, 2006 final decision requesting that plaintiff refund the $39,060.89 paid by defendant for previous vandalism damage. The enlargement of time is requested because defendant needs additional time to revoke the final decision. Once revocation is complete, defendant intends to file a motion to dismiss this case as moot because defendant has provided plaintiff with all the relief it requested in the complaint.

Accordingly, we respectfully request that the Court grant defendant's motion for an

enlargement of time of 14 days, to and including March 26, 2007, within which to file the Government's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

March 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 9th day of March, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN