IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAURELWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME

Based on the representations made by counsel for Defendant's in Defendant's Motion for Enlargement of Time, Plaintiff does not oppose the latest motion. Counsel for Plaintiff first learned of Defendant's decision to pay Plaintiff part of its requested relief after receiving a copy of Defendant's motion. As of today's date, neither Plaintiff nor counsel for Plaintiff has received actual notice of payment of the amount represented by counsel for Defendant to have been paid to Plaintiff on March 6, 2007.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1735 New York Avenue NW
Suite 500
Washington, D.C. 20006

Date: March 12, 2007