# In the United States Court of Federal Claims

No. 06-734 C

(Filed: March 12, 2007)

| | |
|---|---|
| *********************************** | |
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On March 9, 2007, Defendant filed a third Motion for Enlargement of Time, this time for an additional 14 days, to and including March 26, 2007, in which to respond to Plaintiff's Complaint. The Defendant informed the Court–and apparently Plaintiff for the first time–in its motion that it "paid" Plaintiff $13,659.50, plus interest ("the full amount requested in the complaint"), on March 6, 2007, in an effort to fully resolve this case. Additionally, Defendant explained that it intends to revoke the portion of the contracting officer's final decision, issued on October 3, 2006, demanding that Plaintiff refund the $39,060.89 previously paid to it by Defendant for vandalism damage. "Once revocation is complete," Defendant noted, it "intends to file a motion to dismiss this case as moot because defendant has provided plaintiff with all the relief it requested in the complaint."

Plaintiff, relying on Defendant's representations, does not oppose its motion, but noted in its response to the motion, filed March 12, 2007, that it has yet to receive "actual notice" of Defendant's payment.

In light of Defendant's representations of its efforts to informally resolve this case in its entirety, the Court hereby GRANTS Defendant's motion. Defendant's response to Plaintiff's Complaint shall be filed on or before **March 26, 2007**, unless Defendant has already filed its motion to dismiss this case as moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge