IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAURELWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff moves the Court, pursuant to Rule 15(a) of the Rules of the Court of Federal Claims ("RCFC"), for leave to file an amended complaint. RCFC 15(a) permits a party to "amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ." Defendant has not field its Response to Plaintiff's October 26, 2006, Complaint and is not required to do so until March 26, 2006. As such, Plaintiff requests leave to file the accompanying Amended Complaint.

THEREFORE, Plaintiff requests that the Court grant leave to file its Amended Complaint.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1735 New York Avenue NW
Suite 500
Washington, D.C. 20006

Date: March 13, 2007