# In the United States Court of Federal Claims

No. 06-734 C

(Filed: April 2, 2007)

**********************************
**LAURELWOOD HOMES LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
**********************************

**ORDER**

On March 13, 2007, Plaintiff filed a motion, pursuant to Rule 15(a) of the Rules of the Court of Federal Claims ("RCFC"), for leave to file an amended complaint that would include an additional claim not included in its complaint. RCFC 15(a) provides that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." On March 23, 2007, Defendant filed a response informing the Court that it does not oppose Plaintiff's motion. In light of the above, the Court GRANTS Plaintiff's motion for leave to file an amended complaint. Plaintiff shall file its amended complaint on or before **April 10, 2007**.

On March 13, 2007, Defendant filed a motion to dismiss the case in its entirety. Defendant argued that the case should be dismissed as moot because it had paid Plaintiff's vandalism claim (Count I) in full, plus interest, and revoked its demand for the repayment of previously-paid vandalism claims (Count II). However, because Plaintiff will now file an amended complaint that includes an additional claim, the Court DENIES Defendant's motion to dismiss as moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge