IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUREELWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, the parties, by their representative attorneys, respectfully submit this Joint Preliminary Status Report:

**(a) Does the court have jurisdiction over the action?**

Plaintiff believes that the Court has jurisdiction. Defendant is unaware of any basis for challenging the Court's jurisdiction at this time.

**(b) Should the case be consolidated with any other case and, if so, why?**

The Parties agree that this case should not be consolidated with any other case.

**(c) Should the trial of liability and damages be bifurcated and, if so, why?**

The Parties agree that the trial should not be bifurcated into liability and damages.

**(d) Should further proceedings in this case be deferred pending consideration of another case before this court or any other tribunal and, if so, why?**

The Parties agree that the proceedings in this case should not be deferred.

**(e) In cases other than tax refund actions, will a remand or suspension be sought and, if so, why and for how long?**

The Parties do not believe that remand or suspensions will be sought.

**(f) Will additional Parties be joined?**

The Parties do not anticipate that additional parties will be joined.

**(g) Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56, and, if so, what is the proposed schedule for the intended filing?**

Defendant has already filed a motion to dismiss Count 1 pursuant to RCFC 12(b). Neither Party intends to file a motion pursuant to RCFC 12(c). Within 60 days after close of discovery, Plaintiff anticipates filing a dispositive motion. Defendant has not determined whether it will file a motion pursuant to RCFC 56, but if it chooses to do so, it will file the motion within 60 days after the close of discovery. Opposition briefs shall be filed within 30 days after service of an RCFC 56 motion, and reply briefs shall be filed with 14 days after service of the opposition.

**(h) What are the relevant factual and legal issues?**

This case involves a lease for 300 units of residential housing utilized by military personnel.

At issue in Count 1 is whether Prompt Payment Act interest is owed. Plaintiff believes that interest is owed from the date invoices were submitted for the repair of vandalism damages. As set forth in its motion to dismiss, defendant asserts that it has paid interest pursuant to the Contract Disputes Act, which is the only interest to which plaintiff is entitled. Therefore, defendant asserts, Count 1 of the First Amended Complaint should be dismissed for failure to state a claim upon which relief can be granted.

At issue in Count 2 is whether, based upon the standards set forth in the Lease, defendant has paid plaintiff the correct amount of the incentive fee for the period of November 1, 2005 through April 30, 2006.

**(i) What is the likelihood of settlement? Is alternative dispute resolution**

**contemplated?**

The Parties have had a settlement discussion and are continuing to discuss the possibility of settlement. The Parties do not contemplate engaging in alternative dispute resolution at this time.

**(j) Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling and, if so, why?**

Neither Party anticipates the need for a trial at this time.

**(k) Are there special issues regarding electronic case management needs?**

Neither Party is aware of any special electronic case management needs.

**(l) Is there any other information of which the court should be aware of at this time?**

Plaintiff may seek leave to amend the Complaint to include other contract claims that have been submitted to the contracting officer for a final decision.

**Discovery Plan**

The Parties agree that initial disclosures should be made within 30 days after the filing of this Joint Preliminary Status Report. The Parties agree that a 180-day period of time, from the date of the filing of this Joint Preliminary Status Report, should be sufficient for both document discovery and depositions. The Parties do not anticipate any special requests regarding discovery at this time. The Parties do not anticipate the use of experts at this time.

Respectfully submitted,

s/ William A. Shook
William A. Shook, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street NW
Washington, D.C. 20006
Phone 202 661 6256
Fax 202 331 1024

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

June 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 1, 2007, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen