# In the United States Court of Federal Claims

No. 06-734 C

(Filed: June 13, 2007)

| | |
|---|---|
| ********************************** | |
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| ********************************** | |

**ORDER**

On June 1, 2007, the parties filed a Joint Preliminary Status Report ("JPSR") in response to the questions set forth in Paragraph III(4) of Appendix A of the Court's Rules. However, the JPSR failed to address the supplemental questions set forth in Paragraphs 6 ("Supplemental Information in the JPSR") and 7 ("Appendix to Joint Preliminary Status Report") of the Court's Special Procedures Order ("SPO"), issued on November 9, 2006. Accordingly, the parties are hereby ORDERED to file, on or before **June 27, 2007**, a revised JPSR that also responds to Paragraphs 6 and 7 of the SPO. The parties are instructed to be particularly mindful of the Court's instructions pursuant to Paragraphs 6(c) and 7(a) of the SPO.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge