## INDEX

A. GENERAL

B. DEFINITIONS

C. RESPONSIBILITIES

  1. GENERAL

  2. MAINTENANCE MANAGEMENT

D. STANDARDS FOR MAINTENANCE OF STRUCTURES

E. STANDARDS FOR MAINTENANCE OF OTHER REAL PROPERTY

F. STANDARDS FOR PROVISION OF OPERATIONAL SERVICES

G. PAYMENTS AND DEDUCTIONS

EXHIBITS

1. CURRENT BAQ/VHA RATES
2. NOTIFICATION OF SCHEDULED CHANGE OF OCCUPANCY
3. NOTIFICATION OF WORK COMPLETION
4. GOVERNMENT'S RESPONSIBILITIES WHICH WILL BE PERFORMED BY THE OCCUPANT
5. SAMPLE WORK AUTHORIZATION

A. GENERAL

The Developer shall provide all the necessary labor, equipment, materials, transportation and supervision to:

a. Perform all maintenance, repair, and restoration of family housing units and all other real property, as well as household equipment and appliances provided by the Developer herein. Replacement of the aforementioned shall also be included when maintenance and repair services are found to be economically impractical.

b. Perform all grounds maintenance services to include mowing, trimming, weed and brush control, maintaining grasses and ground cover, seeding, fertilizing, irrigating, leaf collection, shrubbery and hedge trimming and pruning, control of insects and plant diseases, care of flower beds and general policing.

c. Perform all necessary pest control services to assure that all family housing assets are maintained free of common arthropod pests including cockroaches, flies, wasps, ants, ticks, fleas, silverfish, centipedes, spiders and other flying/crawling pests, as well as common rodents such as rats and mice. Also included is the control of wood destroying pests such as termites, carpenter ants and carpenter bees.

d. Perform all janitorial services in and around areas designated as "common" herein in order to maintain clean and sanitary conditions.

e. Perform various maintenance management duties as contained herein.

B. DEFINITIONS

Abandonment:

Unoccupied unit which was unofficially vacated by an occupant with no intent to return.

Acceptance Inspection:

The inspection of a vacant unit between changes of occupancy or subsequent to completion of renovation work to ensure that all work has been completed satisfactorily and that the unit is in a presentable condition for viewing and acceptance by a prospective occupant.

Assignment:

The formal provision of quarters to eligible personnel by the Government.

Basic Allowa For Quarters (BAQ)

The housing allowances program(s) prescribed by Public Law, as amended, and any successor housing allowances program, provided to the military member to offset the cost of housing. The current BAQ and VHA rates and methods for calculating the current average daily rates are provided in Exhibit 1.

Beneficial Occupancy Date:

The date upon which units constructed under this agreement are completed, are accepted by the Government, and are available for occupancy.

Catastrophe:

A sudden event or situation resulting in severe damage, loss or destruction.

Change of Occupancy:

The termination of assignment by the Government of an occupant to a unit and the assignment of an occupant by the Government to a unit and the associated downtime occurring between these two events.

Common Areas:

Areas which are not assigned to any one unit or occupant for care and maintenance. Examples of common areas are common hallways, stairs, and utility areas of multi-dwelling units, or administrative space.

Developer/Lessee:

The successful offeror under this RFP and a subsequent party to the outlease, Agreement to Lease, and Inlease with the Government.

Downtime:

Downtime is defined as the period of time during which a housing unit is vacant for reasons of change of occupancy maintenance work, major repair or unhabitability, or restoration of units, damaged by fires or R
acts of God. For purposes of this annex, downtime is measured in working days, not calendar days.

Emergency/Service Call:

A request for unscheduled repairs in order to correct a condition which threatens the safety or sanitation of occupants or their property, or is otherwise deemed to cause enough of a threat of further deterioration that corrective action cannot be further postponed.

Facility History File:

An official file for each dwelling unit and/or facility identified by address for the purpose of containing documents of work in progress or completed.

Field Activity:

The military installation to which responsibility for fulfilling all Government functions and contractual obligations is assigned.

Government:

The party that holds real property under this lease; for purposes of this RFP the United States of America through the Department of the Navy.

Housing Project Manager:

The individual(s), designated by the Government, who is charged with the responsibility for the day-to-day administration of the housing site and fulfillment of the Government's responsibilities under the terms of this lease agreement.

Housing Site:

A locally defined, readily identifiable, grouping of dwelling units and associated structures within a proximate area.

Maintenance:

The recurring periodic, or scheduled work required to preserve real property facilities, systems, moveable equipment, and accessories in such condition that they may be effectively utilized for their designated purpose.

Moveable Equipment:

Durable appliance items such as ranges and refrigerators.

Normal Wear and Tear:

The usual aging, deterioration and minor damages of a structure including minor damages associated with occupancy.

Occupant:

The military member, Department of Defense (DOD) civilian or any other person assigned by the service to a specific unit for occupancy.

Operational Services:

Municipal-type services designed to enhance the environment and habitability of the housing site, provide protection for life and property, and ensure equitable treatment for occupants.

Other Real Property (ORP):

Areas and structures, excluding the dwelling unit, assigned and constructed within the housing site. Includes utility distribution systems, roads, grounds, drainage system and miscellaneous structures.

Pest Control:

The prevention, destruction, repelling, or mitigating of an unwanted organism (animal, plant, bacteria, fungus, virus, etc.).

Pre-Termination Inspection:

The inspection of a unit prior to the termination of an occupant's assignment to that unit during which time the occupant's responsibilities and maintenance deficiencies are identified.

Preventive Maintenance:

The correction of incipient failures in the built-in or movable equipment of a unit, and other components of the unit before they develop into major defects or cause breakdowns. Preventive maintenance includes the periodic service of such equipment, per manufacturer recommendations, to ensure efficient operation.

Repair:

The restoration of real property facilities, systems, moveable equipment, and accessories to such condition that they may be effectively utilized for their designated purpose.

Restoration:

Reconstruction of a structure to its original form or condition.

Site Manager:

Primary point of contact authorized to act for the Developer in all matters regarding work required at the Housing Site.

Structure:

Any building, dwelling unit, or improvement thereto constructed within the terms of the lease and located at the housing site.

Termination: (As used in Section VII)

The formal cessation of assignment by the Government of an occupant to a unit.

Termination Inspection:

The inspection of a unit after a unit is vacated prior to the formal termination of assignment of an occupant to that unit.

Uninhabitable:

Condition in which a unit is determined by the Government not to be safe, decent, or sanitary. Examples of such conditions include, but are not limited to, prolonged disruption of utility service, inability to use range or refrigerator, heating system failure, loss of protection of tenants or belongings from outside elements, and threats to the health of the tenants or to the security of the tenants or their property.

Working Hours:

All routine work in occupied quarters will be performed during the normal work week, Monday through Friday (0800 to 1630 hours). Emergency or urgent work, as requested by the Government or an occupant, will be performed when and as required. Operation of utility plants and systems will be accomplished on a 24-hour basis, seven days a week, including all holidays.

Work Order:

A chit or other medium which is used by the Developer to document all maintenance, repair, or renovation work accomplished by the Developer in accordance with the terms of this annex.

Work Reception Desk:

A location within the Developer's administrative space for the purpose of receiving emergency/urgent/service calls.

C. RESPONSIBILITIES.

1. General:

The Developer is responsible for the management, maintenance, repair, restoration, replacement, work reception, supervision, procurement, supply, transportation, equipment, tools, accounting, administrative services, and all operations required to support the housing site. This includes, but is not limited to, housing units, utility systems, common areas, grounds, trees, shrubbery, sidewalks, parking areas, driveways, roads, access roads, recreational facilities, and all other components and systems of the total housing site.

2. Maintenance Management:

a. The Developer is responsible for managing the total work effort associated with the maintenance and other services required herein to assure fully adequate and timely completion of these services. Included in this function will be a full range of management duties including, but not limited to, work identification and reception, planning, scheduling, establishing and maintaining records and inventories, as well as quality control. The Developer is expected to assure an adequate staff of personnel, with the necessary management expertise, is at the housing site continuously to assure the completion of the work in accordance with sound and efficient management practices.

b. On-Site Administrative Space for Developer Use:

The Developer shall provide and maintain on-site administrative space required for performance of this annex. All files relating to the housing site which are required elsewhere in this annex shall be located within this space. The Developer has the responsibility to coordinate with providers of utilities for connections and payment of all charges when due for use and services furnished by said providers to the administrative facility.

c. On-Site Facilities for Government Use:

The Developer will provide a minimum of 500 square feet of office space and operational facilities for the sole use of the Government. The length of any wall shall not be less than 16 feet. This space shall be located either at the entrance to the housing site or at a central location within the housing site. This space shall be served by an outside entrance with locks, and shall be provided with heating, ventilation and air conditioning, telephone hook-ups, lighting, and electricity. Adjacent parking area shall also be provided which is sufficient to accommodate a minimum of four vehicles and which is dedicated solely for use of the Government. In addition to the office space, a separate men's and women's restroom will be provided and will be accessible from inside the office space.

d. Personnel Requirements:

The Developer shall designate a site manager, who is delegated full authority to act for the Developer in all matters pertaining to work required by this annex. The site manager shall be located on-site Monday through Friday from 0800 to 1630 hours. The site manager or his designee shall be able to be reached by telephone or electronic "beeper" at all other times.

The Developer shall furnish sufficient personnel to perform all work specified within this annex. All personnel employed by the Developer shall be experienced in their respective trade or profession.

This annex requires the Developer employees to conduct themselves in a proper and efficient manner at all times and especially maintain a courteous and businesslike relationship with occupants. The Developer expressly agrees to remove from the site any employee who fails to do so. All Developer employees working under this annex shall be identified by a distinctive name plate, emblem, or patch attached in a prominent place to the shirt.

e. Work Reception Desk:

The Developer shall maintain a work reception desk, within the Developer's administrative space, to be attended continuously during normal work hours to receive all E/S calls.

f. Facility History Files:

A facility history file for each housing unit and/or facility identified by address shall be maintained by the Developer. Each file shall contain a copy of all Government-issued work authorizations, preventive maintenance inspection reports and all E/S, routine maintenance or repair, and renovation work orders in progress or completed. The Government shall require access to these files and they shall be available for periodic review by the Government. All documents shall be filed within 10 days of the completed transaction. The Facility History Files shall be maintained by the Developer through the term of this lease agreement.

g. Moveable Equipment Inventories:

The Developer shall maintain a current accurate inventory of all moveable equipment. The inventory shall include type, make, location by address, and serial numbers. An initial inventory shall be provided to the Government at the time of beneficial occupancy.

h. Quality of Work:

The quality and workmanship of maintenance, repair, replacement, and operational services shall be first class in every respect and will be subject to the approval of the Government.

i. Permits:

The Developer shall, without additional expense to the Government obtain all appointments, licenses, and permits required for the prosecution of the work and for complying with all applicable federal, state, and local laws.

j. Safety:

The Developer shall take all safety precautions, during the performance of work required by this annex, which are necessary in protecting the occupants and their property. The Developer shall immediately correct any fire or safety hazards arising from structural, electrical, or mechanical defects. The Developer shall also abide by all applicable safety regulations.

k. Pre-Performance Conference:

Prior to the beneficial occupancy date, the Developer shall meet with the Government, at a time specified, to discuss and develop mutual understandings relative to this annex. Also, the Developer shall submit a copy of the Quality Control Program to the Government at the pre-performance conference.

(1) Performance Evaluation Meetings:

The Developer shall meet with the Government periodically as called for by the Government. A mutual effort will be made to resolve all problems identified. The written minutes of these meetings, prepared by the Government, shall be signed by the Developer and the Government. Should the Developer not concur with the minutes, the Developer will state, in writing, to the Government any areas of disagreement.

1. Performance of Work:

(1) Work in Occupied Quarters:

The Developer will schedule his work so as to cause a minimum of interference to occupants. The Developer's employees will clean up the work area daily and after completion of the job. The Developer shall instruct his employees to report to him any occupant-caused fire or safety hazards, unsafe or unsanitary conditions, and items in need of maintenance or repair. Fire hazards and safety hazards discovered in occupied quarters will also be immediately reported to the occupant. The Developer shall, in turn, notify the Government in writing of any occupant-caused fire or safety hazard or unsafe or unsanitary conditions which require Government's actions.

(2) Occupant Not Home:

The Developer may respond to an E/S call, either routinely or by appointment, only to find upon arrival at the quarters that the occupant is not at home or has not made arrangements to allow the Developer entry to the unit. The Developer will not enter these quarters and must reschedule the work. The Developer will only contact the Government for assistance in scheduling work with an occupant when there are extraordinary circumstances which cannot be reconciled by the Developer.

(3) Clean-up:

Prior to acceptance of a unit by the Government, either for initial occupancy or after completion of maintenance or repair work, the Developer shall clean all areas of the unit affected by the work performed. This work is subject to Government approval. The Developer shall ensure that all units meet the same standard of cleanliness the Government requires of terminating occupants. Work will consist of, but not be limited to, removal of all stains, fingerprints, paint spots, cleaning of all dust and dirt, washing of windows, cleaning of all appliances, cleaning of all ceramic tile, and washing of floors. R&A

(4) Care of Property Other Than Developer's:

In the performance of maintenance, repair, replacement, and rehabilitation services, the Developer will take the utmost care in protecting appliances, furniture, and other property belonging to occupant or the Government. During any work in quarters containing appliances, furniture, or other personal property, the Developer will use drop cloths or provide other means adequate to protect the property. In the event that damage occurs to appliances, furniture, or other personal property belonging to occupants or to the Government, the Developer shall be responsible for repairing, restoring, or replacing the damaged property.

m. Majo[r R]epairs:

The Developer shall perform all work necessary to maintain all units in a habitable condition and to correct all damages regardless of cause. Repairs may be scheduled, part of a change of occupancy, or unscheduled repairs required while the housing units is assigned. Damage beyond normal wear and tear which cannot be attributed directly to the Government or occupants shall be corrected by the Developer at no additional cost to the Government.

n. Abandonments:

The Developer shall notify the Government of apparent abandonment of a unit. At this time, the Government reserves the right to have the unit cleaned or repaired by either the Developer, in-house forces or by separate contract. If the Government decides to have the work performed by the Developer, then a fair and reasonable price will be negotiated based on the actual work to be performed. R

o. Notification of Repairs:

(1) Major Foreseen, Scheduled Work

The Developer shall provide to the Government, for approval, a schedule of repairs and renovations in units which will result in the major inconvenience or relocation of occupants. The first schedule will be provided one year from the beneficial occupancy date, and subsequent schedules will be submitted annually thereafter. Additionally, the Developer shall provide no less than 120 days advance written notification to the Government. This advance notification will include the date when repairs are expected to start, work to be accomplished and the reason for the work, expected completion date, and an identification of the units to be affected. Subsequent to notification, the Developer and Government shall mutually agree upon a plan for relocating occupants prior to commencement of work. The costs of occupant moves will be borne by the Developer. In no case will units remain vacant in excess of two weeks for scheduled repairs without the approval of the Government. The completion date in the approved schedule shall be binding upon the Developer and shall be used to determine deductions for failure to meet scheduled repair downtime for each unit. The number of days allowed for repairs and renovation work in the approved schedule shall be the allowable downtime for major repairs.

(2) Major Unforeseen, Unscheduled Work:

The Developer shall be responsible for all costs, including those for relocating occupants, associated with major unforeseen unscheduled work resulting from fires, acts of God, or structural, electrical, or mechanical defects. The Developer shall also be responsible for all occupant relocation costs associated with structural, electrical, or mechanical breakdowns which render the unit or units uninhabitable for periods in excess of 24 hours. The relocation of occupants shall be accomplished through coordination between the Developer and the Government.

p. Damage Due to Fire or Other Causes:

The Developer is responsible for correcting all damages resulting from fire or other causes. The Developer shall secure areas affected by fire or other causes subsequent to such events and prior to reassignment to prevent unauthorized entry by persons other than representatives/agents of the Developer or Government.

(1) Fire Damage/Restorations:

Normally, restoration due to fire damage or other causes will be accomplished while units are unoccupied. The Government will immediately notify the Developer, in writing, of all fire damages or other occurrences resulting in a need for restoration. Within five days of receipt of notification from the Government, the Developer will provide a firm written commitment as to the date and time the unit will be returned to the Government for assignment of an occupant. The format contained on the bottom half of Exhibit 2 may be used. The Developer will officially notify in writing the Government of work completion. The format contained in Exhibit 2 may be used for this notification. In cases where units are unoccupied payments under terms of this lease will stop as of the date notification is made by the Government and resume on the date of the Government's acceptance of the restored unit.

q. Insurance:

At all times during the term of this lease agreement, the Developer, his contractors and subcontractors shall provide and keep in force, at their own costs and expense, the following insurance: (i) Workmen's Compensation Insurance covering all persons employed in connection with any work and with respect to whom death or bodily claims could be asserted against the Government or the Developer; and (ii) comprehensive general public liability insurance expressly covering the hazards arising from any Work; for the mutual benefit of the Developer and Government, with limits of not less than $1,000,000 in the event of bodily injury and death per person, and with limits of not less than $5,000,000 in the event of bodily injury and death per accident; (iii) property damage (amount to be inserted by amendment); and (iv) fire and extended coverage (amount to be inserted by amendment). Certified copies of such insurance policies shall be delivered to the Government's representative with evidence of payment of such policies. Further, each such policy shall provide that the insurer shall furnish written notice to the Government's representative, thirty days in advance of the effective date of any reduction or in cancellation of such policies.

r. Inspections:

The Developer is responsible for conducting or participating in various types of inspections as described below. These inspections shall be conducted in accordance with the technical standards and guidance provided herein.

(1) ? -Termination:

During the pre-termination inspection, the Developer shall identify and prepare work orders covering all painting, maintenance, and repair work required of the Developer. At the conclusion of this inspection, the Government shall notify, in writing, the Developer of the firm date and time of the final inspection and the date and time that the unit will be turned over to the Developer for accomplishment of change of occupancy work. The Developer, in turn, shall immediately provide the Government with a firm written commitment as to the date and time that the unit will be turned back over to the Government for assignment to the next occupant. Exhibit 2 will be used for this purpose. The Government and Developer shall jointly verify the serial numbers of all moveable equipment contained in the unit. The Developer shall notify the Government if an item of moveable equipment is to be replaced in the unit between the time of the pre-termination inspection and the time the unit will be turned back over to the Developer.

(2) Termination Inspection:

The Government will conduct the termination inspection jointly with the occupant after the furnishings have been removed. Should the date and time that the unit will be turned over to the Developer change for any reason, the Government shall immediately notify the Developer in writing of the revised date and time. The Developer will then immediately notify the Government in writing of the revised date and time that the unit will be turned over to the Government for assignment.

(3) Acceptance inspections of all dwelling units will be conducted prior to beneficial occupancy and after completion of repair or rehabilitation work on the unit. The Government shall conduct these inspections jointly with the Developer. The Government will schedule these inspections to occur on the same date that work is completed if notification of work completion is received before 12:00 noon, or before 12:00 noon of the next work day, if such notification is received after 12:00 noon, at a time that is mutually agreeable.

(4) Periodic Preventive Maintenance Inspections:

The Developer shall perform on all heating, ventilation and air conditioning systems maintenance inspections, scheduled in accordance with manufacturer's recommendations. These systems shall be maintained by the Developer to standards that will insure the systems operate at their design capacity for their design life expectancy, free from defects that could effect their continued safe operation. Fans, coils and burners shall be clean and in proper adjustment. Controls and control devices shall be properly adjusted and in good operating condition. Insulation shall be in good condition free from cuts or tears. Ducts, dampers and diffusers shall be in good condition free from leaks and obstructions. Wiring shall be in good condition with no breaks in insulation and all connections tight. R

Motors shall draw the correct amperage. Piping shall be free from leaks and properly insulated to suit the usage. All safety devices shall be free from defects and in good operating condition. All metal housings shall be maintained free from corrosion and disfiguring damage. During preventive maintenance, batteries shall be replaced in smoke detectors when battery back-up capability is being provided

(5) Designation of Housing Project Manager and/or Staff:

The Government shall designate by name and position title the housing project manager and staff who will be responsible for the day-to-day administration of the Government's responsibilities with respect to this lease separate from lease administrative functions. The Government will notify the Developer of the name and telephone number of the housing project manager prior to beneficial occupancy. The housing project manager shall serve as the primary point of contact for matters involving the day-to-day coordination and administration of the Government's responsibilities.

(6) Scheduling and Attendance:

The Government will schedule a pre-termination and termination inspection after being advised by the occupant of an impending move. These inspections will be scheduled during normal working hours. The Government will notify the Developer in writing of the date, time, and address of each inspection. The Government will make every effort to provide this notice 21 days in advance of the projected change of occupancy. Because of short-fuse occupant orders or other extenuating circumstances, the Developer can expect an average of 10-14 days advance notice. The Developer or his representative is required to attend the pre-termination inspection. Developer representation at the termination inspection is at the Developer's discretion.

s. Developer Quality Control:

The Developer shall establish and maintain a complete Quality Control Program that is acceptable to the Government, to assure that the requirements of the annex are provided as specified.

(1) The Developer shall submit a copy of the Quality Control Program to the Government in Part I (Technical) of the proposal. The program shall include the following: R

(i) A quality control inspection system covering all services included in this annex. It must specify areas to be inspected on either a scheduled or unscheduled basis and how inspections are to be conducted.

(ii) The name(s) of the individual(s) tasked to perform the quality control inspections, their qualifications, and the extent of their authority.

(iii) A method for identifying deficiencies in the quality of services performed and taking corrective action before the level of performance becomes unsatisfactory.

(2) A file of all Quality Control Inspections, inspection results, and any corrective action required, shall be maintained by the Developer through the term of this lease agreement. This file shall be made available to the Government during regular hours.

t. Service Calls:

Service calls are requests for work made to the Developer's work reception desk by the occupants or the Government. The work requirements resulting from service calls will be completed in accordance with the level and quality of maintenance standards established herein and within the specified time limits for each type of service call. The Developer shall develop forms and a system for tracking and documenting service calls. The Developer's system shall provide a mechanism for obtaining the signature of the occupant or the occupant's representative for all completed service call work and shall include a description of the work performed. the person attending the work reception desk shall be fully familiar with the Developer's organization and procedures, as well as the terms of the contract. All service calls received shall be categorized as whether emergency, urgent or routine. If the item of work called in falls under the occupant's responsibility as defined in Exhibit 4, the occupant shall be so informed and an appropriate record of the call retained. The Developer shall make provision for receiving emergency service calls after normal working hours, 24 hours per day, including weekends and holidays to ensure prompt receipt and response capabilities The same telephone number must be useable 24 hours per day, 365 days per year. The aforementioned telephone shall be totally dedicated to the effort and shall not be used for the Developer's other personal or business purposes.

(1) Service Call Log:

The Developer shall maintain a log of service calls. The log shall maintain a unique work control number assigned sequentially by the Developer, the date and time the call was received, the caller's name and phone number, address of the affected housing unit, brief description of the problem, classification of the service call as emergency, urgent, or routine, and date and time of completion. Prior to 0900 hours each work day, the Developer shall deliver to the Government two copies of the service call log for the previous day and one copy of each service call work order. The first day following weekends or holidays, the Developer shall deliver two copies of the service call logs and one copy of each service call work order for the preceding work day, weekends, and holidays. The Developer's work orders must be numbered sequentially and include the following information:

- Date/time call received. Include name and phone number of occupant;

- Unit identification and address;

- Description of problem;

- Description of work performed including signature of craftsman;

- Date/time work commenced/completed;

- Occupant, or occupant's representative, signature indicating work has been performed.

(2) <u>Emergency Service (E/S) Calls</u>:

The Developer shall respond on-site to emergency service (E/S) calls within 60 minutes after receipt of the call, 24 hours per day, seven days per week. Once begun, the Developer shall prosecute the work to completion. E/S calls consist of correcting failures in service or facilities which endanger occupants or property. Examples of E/S calls are overflowing R drains, broken water pipes, electrical service outage, broken electrical components which may cause fire or shock to persons, gas leaks, complete failure of an appliance, problems which would render the unit uninhabitable, or inability to lock an exterior door. Calls from occupants who have a medical requirement for maintaining stable temperature levels of heating and air conditioning shall be classified as an emergency call, instead of an urgent call as would otherwise be the case.

(3) <u>Urgent Service Calls</u>:

The Developer shall respond to emergency service calls classified as urgent calls within 4 hours after receipt of the call, seven days per week. Once on-site, the Developer shall prosecute the work to completion. Urgent service calls R consist of correcting failures in service or facilities which do not immediately endanger the occupants or threaten damage to property, but would soon inconvenience and effect the health or well being of the occupants. Examples of urgent service calls include partial failure of heating, air conditioning, ranges (two or more burners or oven inoperable), refrigerators or water heaters. When the Developer determines that an appliance cannot be repaired within 48 hours of the call or the appliance must be removed from the housing unit for repairs, the Developer shall remove the failing appliance and install a clean properly operating appliance. The removed appliance shall be cleaned by the Developer, if it is intended to be put back into use within the housing site.

(4) Routine Service Call:

The Developer shall complete routine service calls within 10 calendar days of receipt of call, during normal working hours. Routine service calls consist of calls which cannot be classified as emergency or urgent. Examples of routine service calls include repair of windows, floors, counters and cabinets, freeing binding doors, repair of bathroom tile, etc. Routine service calls requiring maintenance, repair or replacement of appliances shall be completed prior to the end of normal working hours on the day the work started. If it is not possible to complete the work, the appliance shall be reassembled, the area left in a clean orderly condition, and the work shall be completed the next working day.

(5) Rework:

The Developer shall correct, as required, those maintenance deficiencies which are due to poor workmanship, unsatisfactory completion, failure during warranty period or neglect. Service calls requiring rework shall have an "R" placed after the original work order number to identify it as rework. Rework will be completed within three working days from notification of Developer by Government or occupants of the requirement. R

u: Change of Occupancy:

General:

Work identified by the Developer or Government during the pre-termination and final termination inspections which is required to make a unit ready for the next occupant, shall be accomplished while the unit is vacant. This work includes any routine maintenance and repair as well as interior painting. The extent of interior painting, partial or complete, required to be done during change of occupancy will be based on the criteria in clauses D.2.a, D.2.d, D.2.g, and D.7 through D.7.e of this annex. The preponderance of changes of occupancy normally occurs during June, July, and August which would affect Developer workload.

(1) Change of Occupancy Downtime:

The Developer shall ensure that downtime while a unit has been turned over to him does not exceed the allowable time prescribed below. Downtime must be minimized in order to maximize occupancy of these units. The total number of downtime days for units vacant for purposes of change of occupancy maintenance shall not exceed the number of move-outs (excluding move-outs for purposes of scheduled repairs or fires and acts of God) per month multiplied by three days. For example, if there are 10 move-outs in one month, the total allowable downtime for that month is 30 days. Additionally, if in any five-day work period, more than eight units are turned over to the Developer, two additional days will be allowed for each unit in excess of eight. For example, if there are 17 move-outs in a month, the total allowable downtime is 51 days. However, if 11 of these units were turned over to the Developer within a five-day work period, an additional 6 days will be allowed for a total of 57 days in allowable downtime (representing the additional two days for each of the three units in excess of eight turned over within a five-day work period added to the 51 days allowed for 17 move-outs). Deductions for Developer's failure to stay within prescribed downtime will be in accordance with clause G.1. R&A

(2) Change of Occupancy Work:

For all change of occupancy work, the standards of workmanship shall be in compliance with paragraphs D.2. through D.7.e.

(3) Completion of Work:

Upon completion of all change of occupancy work, the Developer will notify the Government of work completion and unit availability (Exhibit 3). The Government will conduct an acceptance inspection in accordance with C.2.r.(3). Upon written notification of Government's acceptance, the time period calculated for downtime purposes will be concluded.

(i) All change of occupancy work must be completed within three working days after the unit becomes available which shall be determined from the date that the unit is turned over to the Developer by the Government for change of occupancy work.

(ii) The downtime period will be determined as follows: If the unit becomes available prior to 12:00 noon, the period will begin at 1:00 p.m. that day. If the unit becomes available at 12:00 noon or later, the maintenance period will begin at the start of the following work day.

(4) [Ab]andoned Housing Units:

The Developer and the Government shall perform one joint inspection of an abandoned housing unit combining all requirements of the pre-termination and termination inspection. The date of the joint inspection is the termination date for purposes of change of occupancy maintenance. The Developer shall identify all work to be completed, and give a copy of the list to the Government prior to leaving the housing unit. At this time, the Government reserves the right to have the unit cleaned or repaired either by the Developer, in-house forces or separate contract. If the Government decides to have the work performed by the Developer, then a fair and reasonable price will be negotiated separately based on the actual work to be performed. R

(5) Instructions for Occupants:

The Developer will, with the approval of the Government, prepare for posting in all units, a set of printed instructions in English for the installed equipment and for operation of the heating system, electrical circuit breaker resets, operation of thermostat controls, and other maintenance and operation functions and precautions. The procedure should be stated for reporting conditions that may require maintenance and for reporting emergency repair and servicing requirements. Also included and highlighted will be instructions as to how to report a fire, and actions to take in the event of a fire.

(6) Acceptance:

The Government has the right to refuse to accept the unit if the work has not been completed or performed satisfactorily or is otherwise not in accordance with the provisions of this annex. The Government shall, immediately upon conclusion of the acceptance inspection, notify the Developer in writing of acceptance or refusal. If the unit is refused, the Government shall also notify the Developer, in writing, of all discrepancies requiring correction.

v. Damages Caused by Occupants:

Damages to a housing unit or to other improvements within the project which are beyond normal wear and tear and are caused by the Government or an occupant, his dependents, or invited guests, and which are not corrected by the occupant, shall be repaired by the Government. At this time, the Government reserves the right to have the unit repaired either by the Developer, in-house forces or separate contract. If the Government decides to have the work performed by the Developer, then a fair and reasonable price will be negotiated separately based on the actual work to be performed. Under no circumstances shall the Developer negotiate or settle reimbursement of costs for such repairs directly with the occupant, his dependents, or invited guests. Repair of damages which occur to the units or other improvements that cannot be attributed to the Government, his agents, officers, occupants, their dependents, or invited guests, shall be accomplished by the Developer at no cost to the Government. A

The Developer shall be responsible for maintaining all real property assets provided for in this lease agreement including dwelling units garages, carports and other buildings to a standard that prevents deterioration beyond that which results from normal wear and tear and corrects deficiencies in a timely manner to assure full life expectancy of the facilities and equipment. The level of maintenance shall assure all structures are free of missing components or defects which would affect the safety, pleasing appearance or habitability of the units or would prevent any electrical, mechanical, plumbing or structural system from functioning in accordance with the design intent. Corrected or repaired work shall be carried to completion, including touch-up painting and/or operational checks. The quality of the work and the repaired areas shall be fully compatible with adjacent surfaces or equipment. All replacements shall match existing in dimensions, materials, quality of work, finish, color and design. During and at completion of work, debris shall not be allowed to spread unnecessarily into adjacent areas nor accumulate in the work area itself. All such debris, excess material, and parts shall be cleaned-up and removed at the completion of the job and/or at the end of each day work is in progress. Upon completion of work any fingerprints, stains and other unsightly marks shall be removed. Wherever the term "pleasing appearance" is used in this or subsequent paragraphs, it shall be construed to mean an appearance similar to the original finished appearance with only minor, non-objectionable deterioration resulting from normal use. The housing unit shall be evaluated against the maintenance standards contained herein to determine deficiencies requiring correction.

1. Structural Exterior:

a. Exterior Walls:

An exterior wall is any wall that is exposed to the weather. All exterior walls shall be maintained in a structurally sound, weathertight condition and in a good state of repair. The wall shall be free of noticeable pitting and corrosion, vegetation and animal life, deteriorated siding and trim, discoloration and graffiti or other defects which would render an unsightly appearance to the exterior walls.

b. Roofing:

All roofing, flashing and gravel stops shall be maintained in such a manner to preserve a weathertight seal and prevent corrosion and abnormal deterioration of individual components. Missing pieces shall be replaced to retain the original whole condition of the roof system.

c. All Gutters, Downspouts and Splash Blocks:

Shall be maintained to function as originally designed to effectively channel runoff water away from the housing unit. Gutters and downspouts shall be maintained properly aligned and secured to the house with splash blocks correctly positioned to receive the impact of the drainage water. Gutters and downspouts shall be kept free of debris or any obstruction.

d. Overhangs:

Overhangs will be maintained in a good state of repair with fasciae and soffits properly secured. Bird screens and vents shall be maintained intact and free of corrosion.

e. Windows, Doors, Screens, and Shutters:

Windows, doors, screens and shutters will be maintained to operate smoothly and properly without binding, sticking or other defects which would prevent their functioning in accordance with the design intent. Exterior doors, windows, and shutters shall be maintained in a manner that preserves the weathertight seal with caulking, glazing and weatherstripping fully intact. New glass used for replacement shall be the same thickness, type and quality as the existing glass. Window screens and screen doors shall be maintained in good working order, free of torn fabric and frame defects to assure the screening function is effective. All hardware such as hinges, locks, strike plates, window operator mechanisms, door closers, springs, etc., shall be maintained free of corrosion or other defects that would prevent its operating as intended.

f. Miscellaneous Roof Structures:

Chimneys, vent stacks, roof ventilators or other items that pierce the roof shall be maintained to function as originally designed. All metal surfaces shall be maintained free of noticeable pitting and corrosion. Wind driven turbine ventilators shall be maintained free of corrosion or other defects that would prevent its operating as intended.

2. Structural Interior:

a. Interior Walls:

Interior wall systems shall be maintained in a good state of repair free of damage, deterioration, cracks or defective materials. The aesthetic appearance shall be free of noticeable discoloration or other defects which would render an unsightly appearance to the interior walls.

b. Floors and Floor Coverings:

(1) Concrete Floors. Concrete floors shall be maintained usable, safe and with a pleasing appearance, free of cracked, spalled or broken areas or cracks which adversely affect the structural integrity of the floor.

(2) Subflooring. Subflooring and structural members shall be maintained in a safe and usable manner. Deteriorated subflooring members shall be repaired or replaced to retain the original whole condition of the floor.

(3) ...rdwood Flooring. ... hardwood ...oors shall be maintained ... an acceptable state of repair ...th a smooth, glossy finish, free of damage, deterioration or buckling. All dust generated by floor finishing shall be removed from the quarters.

(4) Floor Coverings. All linoleum and/or resilient tile floor coverings shall be maintained free of cracks, chips, and torn or excessively worn material to provide floor coverings that are usable and have a pleasing appearance.

(5) Ceramic Tile. All ceramic tile floors shall be maintained free of loose, damaged, broken, missing or cracked tiles and with joints properly sealed to provide the intended watertight surface.

(6) Carpeting. Carpeting shall be properly stretched to lay smooth and evenly. Damaged, torn, burned, severely soiled, severely worn areas shall be replaced with matching material R
and color and design, or in kind.

c. Stairways:

Stairway metal/wood treads, risers, nosings, balustrades, handrails and/or structural members shall be maintained in a good state of repair to provide a safe and usable system.

d. Ceilings:

All ceilings and framing members shall be maintained properly secured and in a good state of repair. The ceiling shall be free of holes or cracks. Badly soiled, discolored, defaced or water damaged surfaces or other defects which would render an unsightly appearance to the ceiling are to be repaired to restore surfaces to a good condition.

e. Venetian Blinds and Shades:

All venetian blinds and shades shall be maintained to operate smoothly and properly, and kept free of damaged slats, deteriorated tapes, cords, hardware or rails or torn fabric.

f. Drapery Rods:

Curtain rails, wire springs, and drapery rods will be replaced when no longer functional. Loosened rails, springs, and rods will be tightened.

g. Interior Trim:

All interior trim shall be preserved in a good state of repair, free of unsightly appearances. Surfaces shall be maintained smooth, free of chipped or peeling paint, exposed nails, warps, cracks, rot or termite damage.

h. Built-In Cabinetry:

Cabinets, shelving, countertops and similar equipment shall be maintained in a fully usable condition with a pleasing appearance. Missing or inoperative hardware shall be replaced. The countertops shall be free of warped, marred, burned or damaged areas. Repaired/replaced cabinets shall be restored to original arrangement and/or finished to original condition.

i. House Accessories:

House accessories such as: mail slots, doorstops, mechanical door bells, door knockers, paper holders, soap trays, tumbler holders, towel bars, shower curtain rods, toilet seats, medicine cabinets, venetian blind brackets, curtain rod boards, closet pulley guides, house numbers, dryer vents, smoke detectors, etc., shall be maintained free of defects and in a satisfactorily functioning condition.

j. Keys and Locks:

Locks should be maintained so as to be free of all defects and to operate in a satisfactory manner. All new locks shall fit existing master key systems and keyed to fit existing key it replaces. The Developer shall also replace broken mailbox locks.

(1) The Developer shall provide to the Government at the time of beneficial occupancy three sets of keys appropriately identified for all exterior locks located in the housing site, excluding those providing access to the Developer's administrative space. In addition, the Developer shall maintain master keys for all locks and will provide a set of master keys to the Government. In the event a lock is changed on an occupied unit, the Developer shall provide two keys to the occupant of that unit and one key to the Government. All new locks shall fit existing master key systems and keyed to fit existing key it replaces. In the event a master key in the possession of the Developer is lost or duplicated, all locks and keys for that system shall be replaced or retumbled by the Developer at no cost to the Government.

3. Electrical:

The Developer shall be responsible for all preventive maintenance of the electrical equipment and distribution system. The electrical equipment, distribution panel, connections, grounds, outlets, switches, wiring and lighting fixtures shall be maintained in a safe, operational, and usable condition. Cracked or broken receptacle and switch face plates shall be replaced with new plates of same color. Light fixture lenses and globes shall be maintained with pleasing appearance. Receptacles and breakers with ground fault sensors shall be capable of properly detecting faults. Workmanship and materials shall conform to the National Fire Protection Association (NFPA) 70 National Electrical Code.

a. Plumbing Systems:

All plumbing systems and fixtures of each housing unit and other housing real property facilities shall be maintained in a good and safe operating condition and free of leaks and drips. Domestic water lines shall be maintained from and including the service cut-off box. Workmanship and materials shall conform to the American National Standards Institute A40.8-55 National Plumbing Code.

b. Plumbing Fixtures:

All sinks, tubs, toilets, basins, lavatories, showers, etc., shall be maintained to operate properly, drain freely and be free of chips, cracks or excessive discoloration. All replacement water closets shall be water saver type that use approximately 3-1/2 gallons per flush. Shower heads shall be of a water saver type.

5. Heating, Ventilation and Air Conditioning (HVAC):

The work includes inspecting and maintaining heating, air conditioning and ventilating systems in good, safe, operating condition. All materials and equipment furnished shall be the same type, grade, quality and size as the original construction. The Developer shall furnish and maintain an adequate supply of air conditioning/ heating spare parts to provide the level of maintenance specified in a timely manner.

a. Investigation:

Investigation of HVAC problems during service calls shall be thorough and shall include all related systems and equipment necessary to assure correction of the problem and continuing proper operation of the HVAC system.

b. Replace Filters:

All filters will be replaced at least twice each year, once prior to heating season (September) and once prior to air conditioning season (April) and additionally as recommended by the manufacturer. All filters will be of the size and type recommended by equipment manufacturers.

6. Maintenance/Repair/Replacement of Appliances:

The Developer shall be responsible for the maintenance, repair and/or replacement of moveable household equipment and appliances. Appliances/equipment shall be maintained in good operating condition with a pleasing appearance. Appliances/equipment that cannot be adjusted or repaired shall be replaced with new appliances/equipment. Replacements shall match the unit they replace in type, size, capacity and quality. Components, such as rubber gaskets, drip pans, broiler pans, burner bibs, trays, or racks, which cannot be cleaned or otherwise rid of discoloration, pitting, or other defects, shall be replaced.

e. Exterior Painting:

Painted or stained exterior surfaces will be repainted or stained in the 5th, 10th, and 15th years subsequent to the beneficial occupancy date, or more often as required for preservation, at the discretion of the Developer.

E. Standards for Maintenance of Other Real Property:

Real property other than structures shall be evaluated against the standards contained herein to determine deficiencies requiring correction.

1. Utilities:

The provision of continued utility services is the responsibility of the Developer and/or the local utility authority or municipality. Included in utility services are electricity and gas. The Developer shall be responsible for notifying the Government representative, of all water shortages, sewage line blockages, cloggings, or breakage, electrical outages, and telephone line malfunctions occurring at the housing site. The Developer shall continuously monitor actions taken by the various utility companies to correct such problems, shall notify the Government's representative of progress made in this regard, and shall take whatever actions are necessary and within his power to facilitate prompt restoration of utility services. The Developer will ensure the provision of repairs to, and maintenance of utility meters at the housing site. The Developer will also ensure that major overhaul, replacement of components, and maintenance and repair of utility systems resulting from normal wear and tear is accomplished as required to ensure continuous utility service. The street lighting system will be controlled by automatic devices set to turn lights on one hour before sunset and turn them off one half hour after sunrise. The Developer is responsible for the maintenance and repair of the telephone system, to include all wiring and phone jacks/connectors, but not to include the telephones and cords, which are the responsibility of the occupant.

2. Roads:

"Roads" include all streets, curbing, sidewalks,access drives, parking areas, and the appurtenant drainage contained within the housing site. Roads will be inspected at least every three months. All deteriorations, holes, spoiled areas, cracks, displaced curbs, etc. will be repaired in a permanent manner to preserve surface level and maintain a condition that is not detrimental to foot traffic and vehicle operation. Defects will not normally remain longer than 30 days after disclosure, depending on weather conditions. Roads will be kept free of sand, dust, mud, and debris. For the purpose of snow removal, "roads" shall be defined as all streets and curbing. Snow removal will be accomplished by the developer on all sidewalks which are not otherwise the responsibility of occupants and all parking areas. All sidewalks and parking areas shall be sanded when icy by the developer. A

The performance of grounds maintenance services in and around the common use housing areas is included by this annex. Grounds maintenance services include the care and maintenance of designated areas by mowing, trimming, weed and brush control, maintaining grasses and ground cover, seeding, fertilizing, irrigating, leaf collecting, shrubbery and hedge trimming and pruning, control of insects and plant diseases, care of flower beds and general policing. Occupant-assigned areas, if applicable in accordance with the provisions of Exhibit 4 will be marked on the site plans and discussed at the pre-performance conference. Grounds maintenance services apply only to areas which are not identified on the site plan as occupant-assigned areas which are the responsibility of occupants. (With the exception of unoccupied quarters defined as quarters unoccupied for one week or more which will be maintained by the Developer.)

a. <u>Grass Mowing and Trimming</u>:

Grass shall not be allowed to surpass a 4" height between cuttings and when cut, shall not be cut lower than 2". After cutting, grass shall have a uniform height throughout, free of grass clippings in windows or on walks, drives, concrete pads, outdoor athletic courts, baseball diamonds or on any adjacent paved or otherwise finished surface. Grass areas close or adjacent to buildings, hydrants, parking lots, manholes, fences, trees, hedges and shrubs are included in the mowing operations. Trimming within the improved areas shall be accomplished each time such an area is mowed. Trimming includes the cutting back of all grass until even with the edges of all curbs, sidewalks, driveways, walls, fences, guy wires, poles, tree trunks, foundations, garbage pads or any other objects. After trimming, no grass shall extend over any paved or similar surfaces and there shall be no evidence of clippings on any finished surfaces. Joints in all paved areas including streets, shall be maintained free of vegetation.

b. <u>Hedges and Shrubs</u>:

Shrubs and hedges shall be trimmed and/or pruned prior to attaining a new growth of six or more inches. After trimming/pruning, shrubs shall not be left with square or flat tops but shall be pruned to control habit of growth. Wounds larger than one-inch in diameter shall be covered with an approved wound dressing. All clippings shall be removed and disposed of at the end of pruning or trimming operations or at the end of each day.

c. <u>Weed and Brush Control</u>:

(1) <u>Weed Control</u>:

Measures will be undertaken by the Developer to control excessive growth of weeds or fungi in grounds. After weed control measures have been applied, no damage to surrounding areas or potential danger to human or animal life shall be evident.

(2) Brush Control:

All undesirable trees or bushes with a ball diameter of 12" or less and are within the area to be mowed, will be cut and cleared from the area. Trees, hedges, shrubs, and/or bushes which have been planted as part of the landscape plan for aesthetic reasons or soil conservation measures, will be maintained and will be replaced by the Developer should they die.

d. Trees:

Trees will be trimmed as necessary to prevent obstruction of roads, sidewalks, and parking areas. Trees will also be trimmed to prevent contact with structures and utility lines.

e. Grasses and Ground Cover:

The Developer shall provide routine fertilizing, seeding, liming and top dressing as necessary to maintain improved grass areas with a thick, uniform growth and uniform green color. Should bare spots become evident, treatment to abate the cause shall be undertaken and measures to start or substitute new growth be initiated. These measures will be continued until the new growth is thick and strong. Fertilizer suitable for the purpose shall also be applied at routine intervals to the base of trees and shrubs and covered with a mulch of suitable material.

f. Irrigation:

Grounds maintenance care includes the periodic watering of grass areas, shrubs, trees and other vegetation to maintain growth during hot, dry periods when the ground is excessively dry and prevention of dying vegetation is necessary and when there are no restrictions imposed on use of water by local governmental authorities. Watering may also be required when assisting new growth or directly after fertilizing, liming, or seeding.

g. Leaf Collection:

Fallen leaves shall be removed from all grassed and paved areas and from shrubbery. Removal shall be done at intervals which do not allow accumulation of leaves to the extent that the grassed areas underneath could become smothered and/or damaged.

h. Plant Disease and Insect Control:

All infestations of diseases or insects in grassed areas, trees or shrubbery shall be treated by applying approved control measures. The control measures shall stop the infestation with a minimal amount of damage to the infected area. Application of control measures will not cause damage to surrounding areas or create any danger to human or animal life. After the infestation is brought under control, steps will be taken to return any damaged vegetation to its condition prior to the infestation.

c. Playground and Tot Lot Equipment.

The Developer is responsible for the maintenance, repair, and replacement of equipment located in playgrounds, tot lots, and recreational areas. Equipment shall be maintained to function as originally designed.

d. Multichannel Video and Audio Programming:

In addition to maintaining the master satellite antenna television system, the Developer shall be responsible for providing access to multichannel video and audio programming to all housing units located on the Premises. The Developer shall ensure that there is no change in the method of transmission of multichannel video and audio programming beyond the methods currently in use, either for cable or for satellite transmission, without the written consent of the Government, such consent shall be withheld only to prevent interference with the operations of the Naval Weapons Station. Neither the Government nor the Developer shall be responsible for any access and/or monthly charges incurred by the occupants for the multichannel video and audio programming.

INITALS: DEVELOPER ______ GOVERNMENT ______

F. Standards for Provision of Operational Services:

The operational services provided shall be evaluated against the standards contained herein to determine deficiencies requiring correction.

1. Pest Control Services:

a. Pest Control Requirements:

The Developer shall provide the necessary pest control services to assure that structures are maintained free of pests, including cockroaches, flies, wasps, ants, ticks, fleas, silverfish, centipedes, spiders and other crawling/flying pests, common rodent pests including rats and mice, and wood destroying pests such as swarming termites, carpenter ants and carpenter bees. The housing units will be considered "essentially free" of pests when for a period of seven days, no visible evidence of pests has been observed. The Developer will comply with all federal, state and local laws and regulations governing the safe and legal use of pesticides. An adequate insect and rodent control program will be established and maintained by the Developer. Immediate corrective steps will be taken upon discovery of insect infestation.

The Developer shall be responsible for controlling infestation of termites and other pests which attack structures, and occur subsequent to pre-construction treatment. The Developer shall be liable for all damage to or contamination of occupant personal property as a result of termiticide application. The Developer may defer termiticide treatment until change of occupancy, if schedules within one year. Structural damage from termites or other structural pests will be repaired by the Developer.

The Developer shall maintain records of all pesticide applications which include at least the information required by the State of New Jersey. Such records shall be maintained and retained for the term of the lease. Records will be kept onsite at a location known to the government representatives.

2. Janitorial Services:

a. General:

The Developer is responsible for the performance of janitorial services in the housing site. In general, janitorial services are defined as the provision of all labor, materials, supplies and supervision necessary to maintain areas and fixtures in and around real property buildings in a clean, sanitary and serviced condition.

INITIALS: DEVELOPER tof GOVERNMENT lf

Case 1:06-cv-00734-EJD Document 26-5 Filed 06/19/2007 Page 29 of 30

b. ___ .ocation:

Areas to receive janitorial service include all common use buildings and common use areas such as the Government administrative space and common use areas of multi-unit buildings.

c. Additional Locations:

Complete janitorial services may be provided to single housing units when ordered by the Government for abandonments and change of occupancy. Government reserves the right to negotiate a fair and reasonable price with the Developer for such services; to perform the work with in-house forces, or to perform the required work through separate contract.

d. Services Provided and Frequencies:

The services to be provided in and around the above areas shall include as a minimum, but not to be limited to, the following normal frequencies of service as indicated below unless otherwise specified..

| Service | Frequency |
|---|---|
| ° Vacuum carpets. | W |
| ° Dust mop and buff resilient tile floors. | W |
| ° Dust mop wood floors. | W |
| ° Sweep and damp mop concrete terrazzo and quarry tile floors. | W |
| ° Damp mop, wax and buff resilient tile or wood floors. | M |
| ° Strip, rewax and buff resilient tile or wood floors. | M6 |
| ° Strip, seal, rewax and buff concrete, terrazzo and quarry tile floors. | M6 |
| ° Clean carpets. | A |
| ° Remove trash. | 2W |
| ° Sweep porches, platforms, building entrances, stairways and shops. | 2W |
| ° Clean and service restrooms. | 5W |
| ° Clean drinking fountains; dust windowsills, ledges, A/C grilles, baseboards, tops of partitions, ductwork, piping and heaters; damp wipe door hardware, switch plate and miscellaneous hardware. | W |
| ° Spot clean walls. | M |
| ° Clear entrance/exit doors and other glass doors. | W |
| ° Clean light fixtures. | M6 |
| ° Wash windows. | M6 |