e. Key to Frequencies:

| | Service | Frequency |
|---|---|---|
| W | Once a week | Services performed once during a calendar week with a minimum of six days between services. |
| 2W | Two times a week | Services performed as scheduled on Mondays and Thursdays, or Tuesdays and Fridays. |
| 5W | Five times a week | Services performed daily, Monday through Friday, once in every 24-hour period. |
| W2 | Once every other week | Services performed once during two calendar weeks with a minimum of 13 days between services. |
| M | Once a month | Services performed once during each calendar month at intervals of 28 to 30 days. |
| M2 | Once every two months | Services performed during the lease period at intervals of 55 to 65 days. It is to be considered that there are 6 two-month periods within each year of this lease. |
| M3 | Once every three months | Services performed during the lease period at intervals of 80 to 100 days. It is to be considered that there are 4 three-month periods within each year of this lease. |
| M6 | Once every six months | Services performed during the lease period at intervals of 160 to 200 days. It is to be considered that there are 2 six-month periods within each year of this lease. |
| A | Once a year | |

Materials, Equipment and Workmanship:

All materials, equipment and supplies furnished by the Developer shall be of high quality and the type used in commercial cleaning operations. The workmanship shall be of the highest quality in every detail. Work shall be thorough and neat in all respects. The word "clean" as herein means to remove all dust, dirt, stains, marks, smears, scuff marks or foreign matter which can be removed without resultant damage to the surface.

g. Services Defined:

The following definitions apply to the janitorial services as required by this specification.

(1) Sweeping, Dust Mopping:

Floors shall be swept, and/or dust mopped so as to present a clean and orderly appearance, with no loose dirt or streaks in evidence, including corners and places inaccessible to the mop. It is intended that all dirt, dust and surface contamination except embedded dirt and stains shall be removed by the sweeping method. Care shall be taken to prevent marring of baseboards, furniture or equipment. The use of sweeping compound is permitted only on unwaxed surfaces.

(2) Vacuum Rugs:

Woven fiber rugs and carpeting shall be vacuumed. After vacuuming, the carpeted floor shall be left free from all visible litter, lint and dirt without having damaged the nap. The entire carpeted floor shall be vacuumed including areas under furniture accessible to the vacuum cleaner.

(3) Clean Carpet or Rugs:

Carpeting and/or rugs may be cleaned by the steam cleaning or shampooing method using current equipment, material and techniques. Cleaning of carpets and/or rugs shall be scheduled so that the cleaned items are thoroughly dry prior to regularly scheduled working hours. After shampooing or steam cleaning, carpets and/or rugs shall be left free of streaks, stains and spots and should have a uniform bright color.

(4) Damp Mopping:

Floor areas to be damp mopped shall consist of all areas accessible to the mop and include corners and the floor beneath items which can be easily moved such as chairs and waste baskets. All mopped floors shall present a clean appearance free from streaks, smears, dirt residue and omissions, and shall not show any evidence of any standing water, or splashing of baseboards, furniture or other equipment.

(5) Buffing:



After damp mopping and/or waxing, waxed floors shall be buffed to obtain maximum gloss and remove traffic marks, surface dirt and heavy soil to provide a uniform glossy appearance.

(6) Damp Mopping and Waxing:

After the floor has been damp mopped and is dry, a light coat of non-flammable, non-slip, self-polishing floor wax, suitable for use on the surface being maintained shall be applied. The rewaxed floor shall present a clean appearance free from scuffs, smears, dust marks, or wax build-up. Luster shall have uniform gloss free from unequal wax distribution throughout the floor area. Damp mopping and waxing shall not be accomplished during the time in which stripping and waxing are accomplished. All furniture shall be moved before damp mopping and waxing.

(7) Stripping and Rewaxing:

Stripping shall be accomplished to remove all wax from previously waxed floor surfaces and shall leave the floor clean, dry and uniformly without gloss. Rewaxing of floors which have been stripped requires two coats of wax which shall be buffed as described above. All furniture including coat racks, chairs, tables, desks and file cabinets shall be moved and the floor beneath them stripped and waxed with furniture, etc., being replaced to original location after completion of waxing and buffing.

(8) Dusting:

The dusting operation includes, but is not limited to furniture, radiators, cabinets, partitions (except floor to ceiling), trim, ledges, wainscots, air conditioners, lamp shades, file cabinets, partitions, window and door ledges, baseboards and miscellaneous installed equipment on walls. All dusted surfaces shall present a clean appearance, free of smears, streaks, abrasive marks and omissions.

(9) Clean and Service Restrooms and Showers:

(a) Cleaning:

All surfaces in restrooms and showers shall be kept free from dirt, soil, graffiti and stains.

(b) Fixtures:

Fixtures (washbasins, showers, urinals, toilets, deep sinks, dispensers, etc.) shall be left clean and bright; there shall be no dust, stains, rust, mildew or excess moisture.

(c) Toilets:

Cleaning of toilets shall include both exterior and interior of the bowl, all parts of the seat, exterior of the tank, flushometer valve, polished piping and hardware. Removal of stains on all surfaces is required. All surfaces shall be left free from streaks, stains, scale and omissions.

(d) Urinals:

Cleaning of urinals shall include the interior and exterior of the bowl, trap or screen, flushometer valve and piping and removal of all foreign matter from inside the bowl. All surfaces shall be left free from streaks, stains, scale and omissions.

(e) Floors and Walls:

Restroom floors shall be swept and wet mopped. Traps shall be maintained free from odor at all times. All washable walls in restrooms shall be washed. Washed surfaces shall present a clean appearance free from streaks, stains, dirt, soil, and water marks.

(f) Miscellaneous:

All mirrors, shelving, dispensers, chromium fixtures and piping shall be damp wiped and polished. All waste receptacles shall be emptied, cleaned and disinfected.

(g) Servicing:

Restrooms shall be inspected, resupplied and maintained for use. Paper towel waste receptacles shall be emptied. Holders and dispensers for paper towels, toilet paper, seat cover dispensers (where provided) and hand soap (liquid, powdered or cake) shall be filled, cleaned and kept in good working order.

(h) Policing:

Restrooms shall be kept orderly and functional. Trash shall be picked up and all rooms maintained in neat condition.

h. Clean Drinking Fountains:

Drinking fountain tops and plumbing hardware shall be washed. Drinking fountain cabinet sides shall be wiped. Surfaces shall present a clean dry appearance, free of soil, markings, streaks, water marks and omissions.

i. Clea lass:

Both sides of glass panels, interior and exterior doors, windows, partitions, interior walls and transoms and telephone booths shall be cleaned. The cleaning solution used shall not stain, fade, or affect adjoining framing, paintwork or varnish. After final wiping, all glass shall present a clean finish free of dirt, lint, water marks, film or streaks.

j. Remove Trash:

Trash baskets, area trash containers located within the various buildings, together with ash trays and butt containers shall be emptied and the refuse deposited in approved containers located near the buildings. Plastic trash bags placed in walkways or corridors shall also be collected and disposed of properly. Office trash containers and ash trays within the buildings shall be maintained in a clean, sanitary condition. Trash can liners shall be removed and a new liner shall be provided and fitted in the trash container at each emptying.

k. Clean Venetian Blinds:

Cleaned venetian blinds shall be left free of stains, streaks and omissions. Special care should be taken to prevent damage to operating mechanisms during cleaning operations.

l. Clean Light Fixture Covers:

Ceiling light fixture covers shall be periodically washed externally and internally and left free of dirt, foreign particles, stains and smears.

m. Spot Wash Walls:

Spot washing of walls shall be accomplished to remove all spots, stains and marks, which appear on walls, doors, baseboards, partitions and stairs. Surfaces cleaned shall be left dry and free of dirt, streaks and omissions.

n. Clean Vents:

Clean ventilation ducts (inlet and outlet) both high and low locations. Air conditioning units and air conditioning louvers shall be cleaned. Cleaned ducts, louvers and air conditioning units shall be left free of dirt, foreign particles and dust and allow an unobstructed flow of air to reach and pass through the ducts.

o. Clean Door Exteriors:

Cleaning of door exteriors shall be accomplished in the same manner as described for "spot wash walls."

The Developer shall repair without delay all damaged, clogged, leaking or inoperable fixtures; all damaged and/or inoperable dispensers, holders and containers; and any other defective, damaged or inoperable equipment or surfaces.

q. Moveable Equipment:

All exterior and interior surfaces, including burner elements, rubber gaskets, coils, drip pans, broiler pans, racks, trays, and burner bibs shall be free of any food residue, grease, grime, dust, fingerprints, soil, and soap or cleaning residue. All equipment components will include all originally-outfitted items. If ranges or ovens are built-in components of the kitchen, the above standards apply.

r. Other:

All exhaust fans, range hoods, assemblies, lights, components, ducts, grease screens/filters and fan blades shall be free of any food residue, grease, grime, dust, fingerprints, soil, and soap or cleaning residue.

G. PAYMENTS AND DEDUCTIONS

1. Consequences of Developer's Failure to Perform Required Services:

a. Government's Options:

(1) Correction of Deficiencies. The Government will give the Developer written notice of deficiencies by copies of the Inspector's Daily Reports or otherwise, whenever services are either non-performed or are performed unsatisfactorily. The parties hereto agree that due to the obligation of the Developer under clause C.2.s. to maintain an effective inspection system, Developer shall be conclusively presumed to have actual knowledge of work not performed, and that therefore such written notice shall not be prerequisite for withholding payment from the rent for non-performed or unsatisfactorily performed services. Said deductions by the Government for monies otherwise due to the Developer shall represent liquidated damages which are agreed by virtue of the execution of this lease agreement and which are assessed by the Government for non-performance or unsatisfactory performance. Therefore, in cases where work is non-performed or is performed unsatisfactorily, the Government, in addition to other deductions which are identified in the following paragraphs:

(i) will deduct an administrative fee of $10.00 from the Developer's monthly rent for each item of work which is not performed or is performed unsatisfactorily and may, at its option: R

(ii) give the Developer an opportunity to reperform the work within 24 hours of the notification of unsatisfactory or non-performed work; or

means, and deduct from the Developer's invoice the cost of having such work performed plus liquidated damages to cover administrative costs to obtain satisfactory services. Liquidated damages will be 30% for emergency service calls, 25% for urgent service calls, and 20% for all other services; or

(iv) deduct the cost of the portion of work that is not performed or unsatisfactory and which is not corrected by any other means plus 20% for liquidated damages. The costs of such work will be based upon the latest published edition of Engineered Performance Standards (EPS) Manuals (Navy NAVFAC P-700 Series) which will be utilized to estimate manhour requirements. The manhour requirements will be multiplied by the latest Department of Labor Service Contract Act Wage Determination rate plus materials if applicable, as well as appropriate amounts for overhead and profit.

(2) Termination/Partial Termination:

Upon repeated instances of non-performance or unsatisfactory performance the Government, at its option may assume the responsibilities of the developer, and perform them by use of Government forces or other means and reducing the rental payment due the Developer by an amount equal to the cost of having the work performed plus 20% for liquidated damages.

(3) Termination of Lease Agreement for Default:

Repeated instances of non-performance or unsatisfactory performance on the part of the Developer will be grounds for termination of the lease agreement for default.

Developer's Failure to Meet Allowable Change of Occupancy:

If the downtime in any one month for units vacant for purposes of change of occupancy work exceeds the allowable downtime for that month (established in accordance with C.2.u.(1)), the Government shall assess liquidated damages based on the most current average daily rate of BAQ plus VHA plus average daily maintenance rent for each calendar day in excess of the allowable downtime.

c. Failure to Complete Scheduled Repairs:

If the Developer fails to complete scheduled repairs in units that were made vacant for that purpose within the time period approved by the Government, the Government will deduct shelter and maintenance rentals prorated on a daily basis beginning with the first late day plus liquidated damages based on the most current average daily rate of BAQ and VHA for each calendar day in excess of the approved time period.

d. Developer's Failure to Perform Emergency Work:

In the event the Developer fails to respond to a service call within the stipulated response time, the Government may elect, at its option, to contract or otherwise have the services performed in conformity with the contract requirements and charge the Developer for any costs occasioned to the Government that is directly related to the performance of such services plus liquidated damages in the amount of 20% of the cost, except for service calls which are classified as emergency calls, the rate for which will be 30%, and those classified as urgent, the rate for which will be 25%. R

e. Developer's Failure to Complete Change of Occupancy Maintenance Work as Scheduled:

In the event the Developer fails to complete change of occupancy maintenance work by the date identified by the Developer as when the unit would be returned to the Government (see Exhibit 2), the Government shall assess liquidated damages based on the most current average daily rate of BAQ plus VHA plus average daily lease cost per unit for each calendar day subsequent to that date.

2. Reserved: R

3. Invoicing Instructions:

Developer's invoices shall be submitted monthly in an original and three copies for services performed, to the Government. The original of each invoice shall have attached to it a copy of the work authorization document(s) and a summary of the charges for approved, negotiated reimbursable work. Upon Government's verification of work actually performed invoices will be processed for payment. Payment will be based on:

a. a monthly charge for the maintenance and operational services portion of the work, and

b. reimbursable work which is authorized by Government work authorizations and which is billed in accordance with the instructions provided herein.

4. **Incentive Fee Board:**

An incentive fee, for exceptional performance of standards contained in this Annex, not to exceed 5% of the "Maintenance Rental" for the preceding six month period, will be determined on a semi-annual basis by a board comprised of three Navy Officers or civilian personnel who will evaluate the Developers performance over the preceding six month period. The board will make a determination within 60 days after the end of the period to grant all, some or none of the award fee. The Incentive Fee will be determined using the following table and data provided by tenant questionnaires, Family Housing records, and Quality Assurance Evaluator records. The incentive will be prorated by the total number of points divided by the number of parameters rated, or 15, to form a percentage. That percentage would be multiplied by 5% of the "Maintenance Rental" to arrive at the final semi-annual incentive fee. R

# AWARD FEE EVALUATION CRITERIA

| Factor | % of Award Fee Allowed | Requirement |
|---|---|---|
| A - Timeliness | | |
| 1. Change of Occupancy Downtime | 20 | (1) Monthly downtime is less than 75% of allowable downtime and;<br>(2) 90% or more of the units have downtime less than or equal to 3 days |
| 2. Service Calls<br>a. Emergency | 10 | (1) Average response time is equal to or less than 45 minutes and;<br>(2) All calls have response times equal to or less than 60 minutes |
| b. Urgent | 5 | (1) Average response time is equal to or less than 3 hours and;<br>(2) 95% or more of the calls had response times less than or equal to 4 hours |
| c. Routine | 2 | (1) Average completion time is equal to or less than 7 days and;<br>(2) 90% or more of the calls had response times less than or equal to 4 hours |
| 3. Correction of Deficiencies (Maintenance and Repair) | 8 | (1) Over 75% of the work orders (jobs) were completed within the scheduled time period and;<br>(2) 95% or more of the individual orders were completed in 14 days or less |

AWARD FEE EVALUATION CRITERIA (CONT'D)

| Factor | % of Award Fee Allowed | Requirement | |
|---|---|---|---|
| B – Quantity | | | |
| 1. Service and Repair Work | 20 | (1) Less than 5% of the service/repair work requires rework | R |
| 2. Grounds Maintenance | 10 | (1) Observed Defect Rate ≤ 5% | |
| 3. Common Area (Janitorial) | 5 | (1) Observed Defect Rate ≤ 5% | |
| 4. Common Area (Maintenance) | 5 | (1) Observed Defect Rate ≤ 5% | |
| 5. Q. C. Program | 5 | (1) Over 50% of the defects reported to QAE and substantiated by Q. C. Records | |
| 6. Record Keeping | 4 | (1) Observed Defect Rate ≤ 5% | |
| C – Safety | | | |
| 1. Vehicular/Pedestrian | 2 1/2 | (1) 0 defects | |
| 2. Playground | 2 1/2 | (1) 0 defects | |
| D – Fire Protection | 5 | (1) 0 defects | R |

EXHIBIT 1
NWS EARLE
MONTHLY BASIC ALLOWANCE FOR QUARTERS (BAQ)
AND VARIABLE HOUSING ALLOWANCE (VHA)

(WITH DEPENDENTS)

| GRADE | BAQ | VHA | TOTAL BAQ & VHA |
|---|---|---|---|
| E1 | 222.00 | 111.22 | 333.22 |
| E2 | 222.00 | 124.03 | 346.03 |
| E3 | 222.00 | 138.98 | 360.98 |
| E4 | 254.70 | 124.74 | 379.44 |
| E5 | 289.80 | 139.40 | 429.20 |
| E6 | 315.30 | 145.72 | 461.02 |
| E7 | 342.60 | 167.97 | 510.57 |
| E8 | 368.10 | 173.52 | 541.62 |
| E9 | 398.70 | 172.57 | 571.27 |
| W1 | 340.50 | 137.36 | 477.86 |
| W2 | 370.80 | 156.67 | 527.47 |
| W3 | 412.80 | 134.92 | 547.72 |
| W4 | 453.30 | 139.52 | 592.82 |
| O1E | 302.40 | 203.42 | 505.82 |
| O2E | 376.20 | 173.74 | 549.94 |
| O3E | 422.70 | 166.72 | 589.42 |
| O1 | 302.40 | 133.65 | 436.05 |
| O2 | 376.20 | 115.85 | 492.05 |
| O3 | 422.70 | 130.14 | 552.84 |
| O4 | 470.10 | 180.92 | 651.02 |
| O5 | 527.10 | 172.15 | 699.25 |
| O6 | 579.00 | 166.91 | 745.91 |
| O7 | 661.80 | 108.12 | 769.92 |

BAQ and VHA and other housing allowances are subject to legislation. Congress may institute additional allowances or may eliminate current allowances during the term of this lease agreement. In addition, BAQ and VHA rates are subject to periodic change. The average daily BAQ and VHA is computed by adding the highest and lowest BAQ + VHA amounts within the designated grade occupancy of the units and divide by 2 to get the monthly average. The monthly average is then divided by 30 to get the daily average.

EXHIBIT 2

NOTIFICATION OF SCHEDULED CHANGE OF OCCUPANCY

Date: ____________

From: (Government)
To: (Developer)

Subj: Notification of Scheduled Pre-Termination Inspection, Termination Inspection, and Unit Availability

1. An intent to vacate notice was filed by ____(occupant name)____ of ____(address)____ on ____(date)____. A pre-termination inspection is scheduled to be held at ____(date/time)____. A final inspection is scheduled for (date/time) and the unit is expected to be turned over to you for change of occupancy work/painting as of ____(date/time)____.

Signature: ______________________
(Government Rep)

Received by: ______________________
(Developer Rep)

Date & Time: ______________________

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date: ____________

From: (Developer)
To: (Government)

Subj: Notice of Unit Availability for Assignment

1. The housing unit at ____(address)____ will be officially returned to the Government on ____(date)____ at ____(time)____, with all required work in this unit completed.

Signature: ______________________
(Developer Rep)

Remarks: ______________________________________________
______________________________________________

Received by: ______________________
(Government Rep)

Date & Time: ______________________

EXHIBIT 3

# NOTIFICATION OF WORK COMPLETION

DATE: ______________
TIME: ______________

From: (Developer)
To: (Government)

Subj: Notification of Work Completion/Unit Availability

1. This certifies that all required work at ____(address)____ has been completed and the unit is ready for occupancy.

2. Completed work includes reimbursable work identified on work authorization #______________ of (date).

Signature: ________________________
(Developer Rep)

Received by: ________________________
(Government Rep)

Date & Time ________________________

Government's Responsibilities which will be Performed by Occupant:

a. Occupants will be responsible for the performance of those routine, housekeeping tasks which are normally performed by occupants in private housing of similar type and value. Assigned occupants shall be liable for loss or damage to the housing unit or equipment caused by the abuse or negligence of the assigned occupant, dependents, or guests. Upon vacating, occupants will turn over the quarters, equipment and appliances, and immediate environs in a clean and orderly condition.

The following tasks are the responsibility of the occupant.

(1) Cleaning interior surfaces of windows and those exterior surfaces readily accessible from the ground or which may be done in a safe manner.

(2) Cleaning carports, garages, storage spaces, porches, steps, walks and driveways, including snow removal in those areas.

(3) Cleaning interior walls, woodwork and other surfaces.

(4) Cleaning, waxing and polishing floors.

(5) Cleaning light fixtures, venetian blinds, shades, drapes, and carpets.

(6) Cleaning stoves, refrigerators, ovens, exhaust fans, sinks, tubs, plumbing fixtures, and other household equipment.

(7) Furnishing and replacing blown electric light bulbs and fuses.

b. The occupant shall abide by all printed instructions relating to occupancy of the unit.

c. The occupant is responsible for promptly notifying the Developer of any emergency/service or other maintenance and repair work requiring accomplishment.

d. It is the Navy policy to require occupants to maintain the grounds as outlined in clause E.3 within 50 feet of the quarters if these areas can be readily identified to a particular occupant. For example, this responsibility is applicable to units where each is constructed side-by-side with no occupant living above or below another in a "stacked" fashion. Construction of "stacked" units shall cause the entire surrounding area to be deemed "common." In this case, the Developer shall be responsible for the entire scope of grounds maintenance services as outlined in clause E.3 of this section. Proposers are advised to consider the above policy in their design and cost proposals. R

**U.S. Department of Labor**

NJ88-1

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| BRICKLAYERS | 13.80 | 1.83 |
| CARPENTERS | 9.43 | |
| CEMENT MASONS | 8.00 | |
| DRYWALL - SHEETROCK MECHANICS | 15.00 | |
| ELECTRICIANS | 9.09 | |
| INSULATION MECHANICS | 9.84 | |
| IRONWORKERS, Structural | 13.35 | 3.81 |
| LABORERS: | | |
| Laborers | 5.97 | |
| Mason Tenders | 9.50 | |
| PAINTERS | 12.05 | 1.30 |
| PLUMBERS & PIPEFITTERS | 11.00 | 1.19 |
| ROOFERS | 11.75 | 1.65 |
| SHEET METAL WORKERS | 14.09 | .21+ 28% |
| SOFT FLOOR LAYERS | 12.73 | 16% |
| TILE SETTERS | 12.92 | .70 |
| POWER EQUIPMENT OPERATORS | | |
| Backhoe | 8.00 | |
| Bulldozer | 9.00 | |
| WELDERS - Rate for craft to which welding is incidental | | |

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR, 5.5 (a) (1) (ii)).

OUTLEASE
EXHIBIT C
149

U.S. Department of Labor

# GENERAL WAGE DECISION NO. NJ88-1

Supersedes General Wage Decision No. NJ87-1

State: NEW JERSEY

County(ies): OCEAN & MONMOUTH

Construction Type: Residential

Construction Description: Residential Construction Projects consisting of single family homes and apartments up to and including 4 stories.

Modification Record:

| No. | Publication Date | Page No.(s) |
|---|---|---|