# In the United States Court of Federal Claims

No. 06-734 C

(Filed: July 18, 2007)

| | |
|---|---|
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |

## SCHEDULING ORDER

As discussed at the preliminary status conference held today, the Court hereby ORDERS that fact discovery, pertaining only to Count II of the amended complaint, shall close on **December 17, 2007**. (Per agreement of the parties, no fact discovery shall be conducted on Count I.) In addition, Plaintiff shall file its intended motion to amend the complaint no later than **December 17, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge