# In the United States Court of Federal Claims

No. 06-734 C

(Filed: August 30, 2007)

| | |
|---|---|
| ********************************** | |
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| ********************************** | |

## ORDER

On August 29, 2007, the Court issued an opinion granting the Defendant's motion to dismiss Count I. Pursuant to Rule 54(b) of the Rules of the Court of Federal Claims, there being no just reason for delay, the Clerk is hereby directed to enter final judgment for Defendant as to Count I.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge