# In the United States Court of Federal Claims

**No. 06-734 C**

**LAURELWOOD HOMES, LLC,**

**v.**

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed August 29, 2007, granting Defendant's motion to dismiss Count I of the amended complaint, and the Order of August 30, 2007, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Count I of the amended complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**August 31, 2007** By: Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.