IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUREWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Defendant, the United States, respectfully requests that this Court extend the discovery deadline set forth in its July 18, 2007 scheduling order from December 17, 2007 to January 22, 2008. Defendant's counsel contacted plaintiff's counsel and was informed that plaintiff does not oppose this request. This extension is necessary to give defendant adequate time to respond to plaintiff's request for the production of documents served on October 10, 2007, and to accommodate the scheduling of depositions in various states following plaintiff's receipt and review of defendant's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

October 26, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 26th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN