IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAURELWOOD HOMES LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DATE FOR FILING MOTION FOR AMENDED COMPLAINT**

Plaintiff, Laurelwood Homes LLC, respectfully requests that this Court extend the date for Plaintiff's filing a motion to amend its complaint from December 17, 2007 as stated in the Court's order of July 18, 2007, to January 22, 2008, the extended date for the close of discovery requested by Defendant and granted by this Court. Defendant's counsel has informed Plaintiff that he does not oppose this request. This extension is necessary in order to time the filing of a motion for an amended complaint to coincide with the close of discovery.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001

Date: December 17, 2007