6IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LAUREL WOOD HOMES LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-734C
(Chief Judge Damich)

**JOINT MOTION TO STAY DISCOVERY, TO EXTEND DATE FOR CLOSE OF DISCOVERY, AND TO EXTEND DATE FOR FILING MOTION TO AMEND THE COMPLAINT**

Plaintiff, Laurelwood Homes LLC, and Defendant, the United States, respectfully request that this Court stay discovery in this case until January 22, 2008 in order to provide the parties time to continue active settlement negotiations. In addition, the parties respectfully request that this Court extend the close of discovery by sixty (60) additional days—from January 22, 2008 to April 16, 2008 so that discovery may proceed should a settlement not be reached. In addition, the parties respectfully request that this Court extend the date for Plaintiff to file a motion to amend its complaint until April 9, 2008.

To date, defendant has responded to plaintiff's request for production of documents and plaintiff is in the process of responding to defendant's request for production of documents. Plaintiff has committed to responding to that request by January 3, 2008 in order to facilitate settlement negotiations and has agreed that the stay of discovery would not extend to that document production.

December 21, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/William A. Shook
WILLIAM A. SHOOK
Kilpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of December, 2007, a copy of the foregoing "JOINT MOTION TO STAY DISCOVERY, TO EXTEND DATE FOR CLOSE OF DISCOVERY, AND TO EXTEND DATE FOR FILING MOTION TO AMEND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley