# In the United States Court of Federal Claims

No. 06-734 C
(Filed: January 4, 2008)

| | |
|---|---|
| ************************************ | |
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

On December 21, 2007, the parties filed a joint motion requesting a stay of discovery until January 22, 2008, "in order to provide the parties time to continue active settlement negotiations." The Court hereby GRANTS, *nunc pro tunc*, the parties' December 21, 2007, request for a stay of discovery until **January 22, 2008**.

In addition to the stay, the parties have also requested that the period for discovery be extended by an additional sixty days, in the event that settlement is not reached by January 22, 2008. Fact discovery was previously scheduled to close on January 22, 2008, pursuant to the Court's Order entered October 31, 2007. Thus, on December 21, 2007, thirty-two days remained before the close of discovery. If discovery resumes on January 22, 2008, the remaining thirty-two days of discovery plus the additional sixty days of extended discovery would result in a new close of discovery on April 23, 2008. However, the parties requested that discovery be extended by sixty days "from January 22, 2008 to April 16, 2008." The Court assumes that this discrepancy is the result of a simple miscalculation. Therefore, the Court GRANTS the parties' joint request for an extension of the period for discovery. Discovery shall close on **April 23, 2008**.

The parties are further ORDERED to file a joint status report on **January 23, 2008**, indicating whether a settlement agreement has been reached and, if no agreement has been reached, the dates and general nature of all settlement activities conducted during the stay of discovery.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge