IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUREDWOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of January 4, 2008, the parties respectfully submit this joint status report.

Counsel for the parties have reached a tentative agreement in this case. Pursuant to that tentative agreement, on January 23, 2008, plaintiff submitted a written settlement proposal that counsel for the defendant is currently considering.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/William A. Shook
WILLIAM A. SHOOK
Kilpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

January 23, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 23rd day of January, 2008, a copy of the foregoing "JOINT MOTION TO STAY DISCOVERY, TO EXTEND DATE FOR CLOSE OF DISCOVERY, AND TO EXTEND DATE FOR FILING MOTION TO AMEND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley