# In the United States Court of Federal Claims

No. 06-734 C
(Filed: January 31, 2008)

| | |
|---|---|
| **LAURELWOOD HOMES LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |

## ORDER

On December 21, 2007, the parties filed a joint motion requesting a stay of discovery until January 22, 2008, "in order to provide the parties time to continue active settlement negotiations." The Court granted the parties' motion on January 4, 2008.

On January 23, 2008, the parties filed a joint status report indicating that a "tentative" settlement agreement has been reached. It seems that Plaintiff has submitted a written settlement proposal that Defendant is still considering.

The Court ORDERS the parties to file a joint status report on or before **February 28, 2008**. The joint status reports shall indicate whether a written settlement agreement has been finalized and, if not, shall include a description of all settlement efforts that have taken place since the parties' January 23, 2008 status report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge