IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUREL WOOD HOMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-734C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, Plaintiff, Laurelwood Homes LLC and Defendant, the United States, jointly stipulate to the dismissal, with prejudice, of this matter. The parties appreciate the Court's participation and time in this matter.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/William A. Shook
WILLIAM A. SHOOK
Kilpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, NW
Washington, D.C. 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

February 13, 2008